UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :    Hon. Katharine S. Hayden
                              :
v.                            :    Crim No. 07-359
                              :
ANTOINE GRAY                  :    ORDER FOR CONTINUANCE

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Scott B. McBride, Assistant U.S. Attorney, appearing), and defendant ANTOINE GRAY (Donald J. McCauley, Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter presented at trial within seventy (70) days of his Indictment; and the parties having been engaged in plea negotiations; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant is being examined to determine his mental competency and physical capacity.

2. Defendant, through counsel, has consented to the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(1)(A), the current period of delay resulting from the examination of defendant should be excluded in computing the time within which the trial of defendant's alleged offense must commence.

WHEREFORE, it is on this _____ day of December 2008,

ORDERED that the proceedings in the above-captioned matter are continued from December 11, 2008 until February 9, 2008; and

IT IS FURTHER ORDERED that the period between December 11, 2008 and February 9, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. Katharine S. Hayden
United States District Judge

_____
Donald J. McCauley, AFPD
Attorney for Antoine Gray

Date: 11/25/08