UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTIONE GRAY,<br><br>Defendant. | Civ. Action No. 07-359  (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

The Court having held a status conference on the record with counsel and representatives of the United States Marshals Service and the Bureau of Prisons as directed by its prior order of January 23, 2009 [D.E. # 23]; and the Court having been advised that the defendant arrived at the Metropolitan Correctional Center on January 14, 2009; and the Court being further advised that the defendant's psychological examination will be completed no later than 45 days from that date; and good cause appearing,

**IT IS** on this 29th of January, 2009 hereby

**ORDERED** that the psychological examination of defendant shall conclude no later than Monday, March 2, 2009; and it is further

**ORDERED** that the government shall provide the Court a copy of the report issued as a result of defendant's psychological examination no later than Monday, March 16, 2009; and it is further

**ORDERED** that counsel shall appear before the undersigned at 4:00 p.m. on Monday, March 23, 2009 for a status conference.  Defendant shall be produced and his family notified of the court appearance.

/s/  Katharine S. Hayden

KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE
