UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Cr. No. 07-359 (KSH) |
| | : | |
| | : | ORDER FOR HOSPITALIZATION |
| | : | AND TREATMENT PURSUANT TO |
| ANTOINE GRAY | : | 18 U.S.C. § 4241(d) |

This matter having been opened to the Court upon the joint application of Defendant Antoine Gray, through his counsel, Donald J. McCauley, Esq., and Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Scott B. McBride, Assistant U.S. Attorney, appearing), for a hearing to determine the mental competency of the defendant pursuant to 18 U.S.C. § 4247(d); and

the Competency To Stand Trial Evaluation report conducted by the Metropolitan Correctional Facility, in New York, New York (completed on March 17, 2009), contending, inter alia, that the defendant suffers from a mental disease and is not competent to stand trial, and that further evaluation and treatment may lead to restoration of the defendant's competency; and

for good cause shown,

IT IS, this 10 day of June 2009, hereby

ORDERED and ADJUDGED that Defendant Antoine Gray shall be committed to the custody of the Attorney General, and the Attorney General shall hospitalize the defendant for treatment in a suitable facility, pursuant to 18 U.S.C. § 4241(d), for a reasonable time period not to exceed four months, as is necessary to determine whether there is substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed; and

IT IS FURTHER ORDERED that the defendant be delivered ~~forthwith~~ from the United States Marshal for the District of New Jersey, Newark, New Jersey, for assignment by the Bureau of Prisons to MCI Butner, and shall be returned to the custody of the United States Marshal upon completion of the above-referenced treatment,* and

IT IS FURTHER ORDERED that the time period from the execution of this Order through the resolution of the issue of whether Defendant Antoine Gray has regained his capacity to stand trial shall be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(4).

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge

*Pending defendant's return to USMS custody, the receiving institution shall provide monthly confirmation to this Court that deft is in its custody & is receiving treatment;