UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Cr. No. 07-359 (KSH) |
| ANTOINE GRAY | : | ORDER |

This matter having been opened to the Court for a determination of the defendant's competency; and

the Bureau of Prisons having concluded in its evaluation conducted by the Mental Health Department at the Federal Medical Center in Butner, North Carolina that the defendant's competency to stand trial has been restored with psychotropic medication, as memorialized in its report of December 14, 2009; and

the Acting Warden of FCC Butner having certified on December 30, 2009, that the defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his own defense; and

the defendant, on the advice and consent of able counsel, having waived further challenges to his competency to stand trial and agreed that he is in fact competent to proceed; and

for good cause shown;

IT IS, this 12th day of April, 2010, hereby

ORDERED that the Court finds that the preponderance of the evidence supports a finding that the defendant is competent to stand trial; and

IT IS FURTHER ORDERED that the parties shall appear for a status conference on April 15, 2010; and at 11 a.m.

IT IS FURTHER ORDERED that the time between the date of this Order and the date of the status conference shall be excludable under 18 U.S.C. § 3161.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge

Date: 4/12/10

_____
Donald J. McCauley, AFPD
Attorney for Antoine Gray

_____
Scott B. McBride, AUSA
Attorney for the United States